# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1084
Lower Tribunal No. 22-CA-002310

_____

CASEY ASKAR,

Appellant,

v.

SUSAN ABO, JOANNE VENETIS, WILLIAM FIGLESTHALER, VICTORY INSIGHTS, LLC, BENJAMIN GALBRAITH, RACHAEL HURLEY, MATTHEW HURLEY, ANDRES DUSKIN, and STANLEY CARTER,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

May 31, 2024

PER CURIAM.

AFFIRMED. *See Truehill v. State*, 358 So. 3d 1167, 1186 n.12 (Fla. 2022) (finding appellant waived arguments that were raised for the first time in his reply brief but not raised in his initial brief (citing *State v. Dougan*, 202 So. 3d 363, 378 (Fla. 2016))), *reh'g denied*, No. SC20-1589, 2022 WL 18956655 (Fla. Nov. 17,

2022); *see also Hoskins v. State*, 75 So. 3d 250, 257 (Fla. 2011) (finding argument not raised in the initial brief was barred).[1]

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


Donald G. Peterson and Yasser Lakhlifi, of Yarnell & Peterson, P.A., Naples, and Nicholas A Shannin, of Shannin Law Firm, P.A., Orlando, for Appellant.

Matthew M. Jackson and Matthew S. Toll, of Toll Law, Fort Myers, for Appellee, Joanne Venetis.

Damian C. Taylor, of Coleman, Taylor, Klaus, Doupé, Diaz & Torrez, P.A., Naples, for Appellee, William Figlesthaler.

David P. Fraser, of Holmes Fraser, P.A., Naples, and Jeff Kottkamp, of Jeff Kottkamp, P.A., Tallahassee, for Appellees, Benjamin Galbraith, Victory Insights, LLC, Rachel Hurley, Matthew Hurley, and Andrew Duskin.

No Appearance for Appellees, Susan Abo and Stanley Carter.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.